UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUBEN BRIDGEWATER,<br>also known as Ansar El Muhammad,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. K. SCRIBNER, Warden, et al.,<br><br>　　　　Defendants. | 1:06-CV-1049 OWW WMW P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #10) |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 13, 2006, plaintiff filed a motion to extend time to submit a new application to proceed in forma pauperis or pay the filing fee. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted thirty days from the date of service of this order in which to submit a new application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   November 1, 2006**　　　　　　**/s/  William M. Wunderlich**
j14hj0　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE