UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUBEN BRIDGEWATER ) <br> aka Ansar El Muhammad, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WARDEN A. K. SCRIBNER, et al., ) <br> ) <br> ) <br> Defendants. ) | 1:06-CV-1049 OWW WMW P <br><br> ORDER GRANTING SECOND EXTENSION OF TIME <br> (DOCUMENT #17) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 29, 2006, plaintiff filed a second motion to extend time to submit a new application to proceed in forma pauperis. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to submit his application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   January 11, 2007**          /s/  William M. Wunderlich
j14hj0                              UNITED STATES MAGISTRATE JUDGE