UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUBEN BRIDGEWATER aka Ansar El Muhammad,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>    Defendants. | 1:06-CV-1049 LJO WMW P<br><br>ORDER GRANTING THIRD EXTENSION OF TIME<br>(DOCUMENT #20) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 9, 2007, plaintiff filed a third motion to extend time to submit a new application to proceed in forma pauperis. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty days from the date of service of this order in which to submit his application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   March 12, 2007**             /s/  William M. Wunderlich
j14hj0                                           UNITED STATES MAGISTRATE JUDGE