IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUBEN BRIDGEWATER, also known as Ansar El Muhammad,<br><br>         Plaintiff,<br><br>vs.<br><br>A.K. SCRIBNER, Warden, et al.,<br><br>         Defendant(s).<br>_____/ | 1:06-cv-1049 LJO WMW (PC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT AS MOOT<br><br>(DOCUMENT #37) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On November 2, 2007, plaintiff filed an application to proceed without prepayment of fees and affidavit. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on April 11, 2007, IT IS HEREBY ORDERED THAT plaintiff's application of November 2, 2007, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

**Dated:    November 26, 2007**
    **/s/  William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE