1

2                         IN THE UNITED STATES DISTRICT COURT

3                     FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   KEITH BRIDGEWATER,
    aka ANSAR EL MUHAMMAD,
8
                Plaintiff,              CV F 06 1049 LJO WMW PC
9
         vs.                           FINDINGS AND RECOMMENDATION RE MOTION
10                                      FOR INJUNCTIVE RELIEF (DOC 25)

11

12

13  A. K. SCRIBNER, et al.,

                Defendants.
14

15

16          Plaintiff, an inmate in the custody of the California Department of Corrections and

17  Rehabilitation and CSP Sacramento, seeks injunctive relief in the form of an order directing

18  officials at High Desert State Prison to provide him with law library access.   Subsequently,

19  Plaintiff was transferred to CSP Sacramento.  Further, this action proceeds against correctional

20  officials at CSP Corcoran for alleged violations of Plaintiff's civil rights while Plaintiff was

21  housed at CSP Corcoran.  The court must have personal jurisdiction over the parties to be

22  enjoined; it may not enjoin defendants not yet served or before the court.  Zepeda v. United

23  States I.N.S., 753 F.2d 719, 727 (9th Cir. 1983).  Further, When an inmate seeks injunctive or

24  declaratory relief concerning the prison where he is incarcerated, his claims for such relief

25  become moot when he is no longer subjected to those conditions.  See Weinstein v. Bradford,

26  423 U.S. 147 (1975); Enrico's, Inc. v. Rice, 730 F.2d 1250, 1255 (9th Cir. 1984).

                                                1

1    Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for injunctive

2   relief be denied.

3    These findings and recommendations are submitted to the United States District Judge

4   assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within fifteen

5   days after being served with these findings and recommendations, any party may file written

6   objections with the court and serve a copy on all parties.  Such a document should be captioned

7   "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

8   failure to file objections within the specified time waives all objections to the judge's findings of

9   fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within

10  the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

11  F.2d 1153 (9th Cir. 1991).

12

13    IT IS SO ORDERED.

14  **Dated:   February 11, 2008**                     **/s/  William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26