IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH BRIDGEWATER,
aka ANSAR EL MUHAMMAD,
    Plaintiff,               CV F 06 1049 LJO WMW PC

vs.                            ORDER RE MOTIONS
                                 (DOCS 29, 31, 32, 33)

A. K. SCRIBNER, et al.,

    Defendants.

    Plaintiff has filed motions seeking the status of this case, and requesting updates and "case summaries." Plaintiff also moves for an order "to have the court to respond to previous attempts for permission to proceed in the above case cite."

    Plaintiff has been granted leave to file an amended complaint. Should Plaintiff fail to do so, this case will proceed in a manner directed by the order of February 6, 2008.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions to proceed and for case summaries are denied.

IT IS SO ORDERED.

**Dated:   February 11, 2008**                /s/  William M. Wunderlich
                                               UNITED STATES MAGISTRATE JUDGE