IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH RBEN BRIDGEWATER,
aka ANSAR EL MUHAMMAD,

        Plaintiff,        CV F 06 1049 LJO WMW PC

    vs.        ORDER RE MOTIONS (DOCS 30, 34)

A. K. SCRIBNER, et al.,

        Defendants.

      Plaintiff has filed a motion titled as a motion to compel the courts to respond to previously filed motions to proceed. Plaintiff also filed a motion to obtain permission to re-submit a previously filed complaint.

      Subsequently, the court granted Plaintiff leave to file a second amended complaint. Plaintiff was given the option of filing a second amended complaint or proceeding on the first amended complaint. Plaintiff advised the Court of his intention to proceed with the first amended complaint. This action therefore proceeds on the first amended complaint.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions are denied as moot. IT IS SO ORDERED.

Dated:   **March 6, 2008**        /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE