IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH BRIDGEWATER,
aka ANSAR EL MUHAMMAD,

       Plaintiff,                     CV F 06 1049 LJO WMW PC

   vs.                           ORDER FINDING COMPLAINT
                                     STATES A COLORABLE CLAIM
                                     AND DIRECTING PLAINTIFF
                                     TO COMPLETE USM 285 FORMS

A. K. SCRIBNER, et al.,

       Defendants.

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

       This action proceeds on the August 10, 2006, complaint. Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at CSP Sacramento, brings this civil rights action against defendant correctional officials employed by the CDCR at CSP Corcoran.

       Plaintiff's claim in this complaint is that Defendants prevented him from the free exercies of his religious beliefs in violation of the First Amendment. Specifically, Plaintiff alleges that he was prevented from attending a holy festival to commemorate on of the five holy pillars of Islam.

On February 6, 2008, an order was entered, granting Plaintiff leave to file an amended complaint. In that order, Plaintiff was advised that he stated a claim for relief as to Defendants Hill and Niermier. Plaintiff was granted leave to file an amended complaint. Plaintiff was advised that if he failed to do so, this action would proceed against Defendants Hill and Neiermier, and the remaining Defendants would be dismissed. On February 27, 2008, Plaintiff filed notice that he intends to proceed on the original complaint.

The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Hill and Neiermier for interfering with Plaintiffs' free exercise of his religious beliefs.

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    LIEUTENANT  J. HILL

    CORRECTIONAL OFFICER NEIERMIER

2. The Clerk of the Court shall send plaintiff ttwo USM-285 forms, two summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 10, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three copies of the endorsed complaint filed August 10, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal

Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:      March 5, 2008**                           <u>     /s/  William M. Wunderlich</u>
                                                                    UNITED STATES MAGISTRATE JUDGE