IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH BRIDGEWATER,
aka ANSAR EL MUHAMMAD,

      Plaintiff,                      CV F 06 1049 LJO WMW  PC

  vs.                                 FINDING AND RECOMMENDATION

A. K. SCRIBNER, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      This action proceeds on the August 10, 2006, complaint. Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at CSP Sacramento, brings this civil rights action against defendant correctional officials employed by the CDCR at CSP Corcoran.

      Plaintiff's claim in this complaint is that Defendants prevented him from the free exercies of his religious beliefs in violation of the First Amendment. Specifically, Plaintiff alleges that he was prevented from attending a holy festival to commemorate on of the five holy pillars of Islam.

      On February 6, 2008, an order was entered, granting Plaintiff leave to file an amended complaint. In that order, Plaintiff was advised that he stated a claim for relief as to Defendants

1

1 Hill and Niermier.  Plaintiff was granted leave to file an amended complaint.  Plaintiff was
2 advised that if he failed to do so, this action would proceed against Defendants Hill and
3 Neiermier, and the remaining Defendants would be dismissed.  On February 27, 2008, Plaintiff
4 filed notice that he intends to proceed on the original complaint.

5      Accordingly, IT IS HEREBY RECOMMENDED that Defendants Scribner, Pena and
6 Sullivan be dismissed.

7     These findings and recommendations are submitted to the United States District Judge
8 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within thirty days
9 after being served with these findings and recommendations, any party may file written
10 objections with the court and serve a copy on all parties.  Such a document should be captioned
11 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
12 shall be served and filed within ten days after service of the objections.   The parties are advised
13 that failure to file objections within the specified time waives all objections to the judge's
14 findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file
15 objections within the specified time may waive the right to appeal the District Court's order.
16 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

18 IT IS SO ORDERED.
19 **Dated:   March 11, 2008**          /s/  **William M. Wunderlich**
              UNITED STATES MAGISTRATE JUDGE

2