IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH RUBEN BRIDGEWATER,

    Plaintiff,                             CV F 06 1049 LJO WMW PC

    vs.                                    ORDER RE: FINDINGS & RECOMMENDATIONS (#47)

A. K. SCRIBNER, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 11, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1 | Accordingly, THE COURT HEREBY ORDERS that:

2 |    1.  The Findings and Recommendations issued by the Magistrate Judge on March 11, 2008, are adopted in full; and

4 |    2.  Defendants Scribner, Pena and Sullivan are dismissed.

IT IS SO ORDERED.

Dated:   April 14, 2008                /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE