IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH RUBEN BRIDGEWATER,

        Plaintiff,           CV F 06 1049 LJO WMW PC

        vs.                     ORDER RE MOTION (DOC 56)

A. K. SCRIBNER, et al.,

        Defendants.

On June 17, 2008, Defendants Niemeier and Hill filed an ex parte application to extend the time to file their reply to Plaintiff's opposition to Defendants' Fed. R. Civ. Proc.12(b) motion to dismiss.

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, Defendants are granted an extension of time up to and including June 23, 2008, to file their reply to Plaintiff's opposition.

IT IS SO ORDERED.

**Dated:   June 18, 2008**                      /s/  William M. Wunderlich
                                                   UNITED STATES MAGISTRATE JUDGE