IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUBEN BRIDGEWATER, | 1:06-cv-01049-LJO-WMW-(PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| A. K. SCRIBNER, et al., | (Motion#61) |
| Defendants. | 30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2009, plaintiff filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to findings and recommendations..

IT IS SO ORDERED.

Dated: March 16, 2009         /s/ William M. Wunderlich
                              UNITED STATES MAGISTRATE JUDGE